UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

| | | |
|---|---|---|
| ROBERT TROHA, | | |
| | Plaintiff, | 25-cv-5010 (JGK) |
| - against - | | ORDER |
| WESLEY EDENS, ET AL., | | |
| | Defendants. | |

―――――――――――――――――――――――――――――

| | | |
|---|---|---|
| ADRIAN LITTLE, | | |
| | Plaintiff, | 25-cv-5341 (JGK) |
| - against - | | |
| WESLEY EDENS, ET AL., | | |
| | Defendants. | |

―――――――――――――――――――――――――――――

| | | |
|---|---|---|
| ALEXANDER SMITH, | | |
| | Plaintiff, | 25-cv-5493 (JGK) |
| - against - | | |
| WESLEY EDENS, ET AL., | | |
| | Defendants. | |

―――――――――――――――――――――――――――――

| | | |
|---|---|---|
| JOHN WEIS, | | |
| | Plaintiff, | 25-cv-6010 (JGK) |
| - against - | | |
| WESLEY EDENS, ET AL., | | |
| | Defendants. | |

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

   The parties are directed to appear, by phone, for a conference on **August 4, 2025**, at **4:00 p.m.**

SO ORDERED.
Dated:   New York, New York
         August 1, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge